IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WHITEPAGES, INC., *et al.*, <br><br> Defendants. | No. 3:24-cv-03998 |

# APPLICATION FOR CLERK'S ORDER EXTENDING TIME PURSUANT TO LOCAL RULE 6.1(B)

Application is hereby made for a Clerk's Order, pursuant to L. Civ. R. 6.1(b), extending by 14 days the time within which defendant Whitepages, Inc. may answer, move, or otherwise respond to the Complaint filed by Plaintiffs herein. It is represented that:

1. No previous extension of time to answer, move, or otherwise respond to the Complaint has been obtained by Whitepages.

2. Whitepages removed this action to this Court on March 19, 2024.

3. Pursuant to Fed. R. Civ. P. 81(c)(2) the time to answer, move or otherwise reply to the Complaint expires on March 26, 2024.

1

4. Whitepages respectfully requests, pursuant to L. Civ. R. 6.1(b), a 14-day extension of time within which to answer, plead or otherwise respond to the Complaint, *i.e.*, until April 9, 2024.

Dated: March 20, 2024

Respectfully submitted,

WHITEPAGES, INC.

By: /s/ Jean A. Occhiogrosso
     One of its attorneys

Jean A. Occhiogrosso
Vedder Price P.C.
1633 Broadway, 31st Floor
New York, NY 10019
T: (212) 407-7794
jocchiogrosso@vedderprice.com

Blaine C. Kimrey (PHV to follow)
Bryan K. Clark (PHV to follow)
Vedder Price P.C.
222 N. LaSalle St.
Chicago, IL 60601
T: (312) 609-7500
bkimrey@vedderprice.com
bclark@vedderprice.com

## **ORDER**

The application is ORDERED GRANTED; the time within which defendant Whitepages, Inc. is required to answer, move or otherwise reply is extended to April 9, 2024.

Dated: March __, 2024

By:_____

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served by e-mail and U.S. Mail on March 20, 2024, to:

| | |
|---|---|
| Genova Burns LLC<br>Rajiv D. Parikh, Esq.<br>Kathleen Barnett Einhorn, Esq.<br>494 Broad Street<br>Newark, NJ 07102<br>T: (973) 533-0777<br>rparikh@genovaburns.com<br>keinhorn@genovaburns.com | Morgan & Morgan<br>John A. Yanchunis, Esq.<br>201 N. Franklin St., 7th Floor<br>Tampa, FL 33602<br>T: (813) 223-5505<br>jyanchunis@forthepeople.com |
| Boies Schiller Flexner LLP<br>Mark Mao, Esq.<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>T: (415) 293-6800<br>mmao@bsfllp.com | |

/s/ Jean A. Occhiogrosso
Jean A. Occhiogrosso