UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WHITEPAGES, INC., *et al.*,<br><br>Defendants. | Case No. 3:24-cv-03998<br><br>**NOTICE OF MOTION TO ADMIT <u>BRYAN K. CLARK *PRO HAC VICE*</u>**<br><br>**(Motion Day: May 6, 2024)** |

PLEASE TAKE NOTICE that, pursuant to Rule 101.1(c) of the Local Civil Rules, Whitepages, Inc. ("<u>Defendant</u>"), by and through its attorneys, Vedder Price P.C., shall move for an Order granting admission *pro hac vice* of Bryan K. Clark of Vedder Price P.C., to represent Defendant in the above-captioned matter, to be heard by the Court on **May 6, 2024.**

PLEASE TAKE FURTHER NOTICE that Defendant will rely on the Declaration of Jean A. Occhiogrosso, Esq. and the Declaration of Bryan K. Clark, Esq., submitted herewith.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 7.1(d)(2), opposition papers, if any, must be served upon the undersigned no later than **April 22, 2024**.

Dated: April 8, 2024

Respectfully submitted,

VEDDER PRICE P.C.

By: /s/ *Jean A. Occhiogrosso*
    Jean A. Occhiogrosso
    jocchiogrosso@vedderprice.com
    1633 Broadway, 31st Floor
    New York, New York 10019
    T: +1 212 407 7700
    F: +1 212 407 7799

*Attorneys for defendant Whitepages, Inc.*