UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WHITEPAGES, INC., *et al.*,<br><br>Defendants. | Case No. 3:24-cv-03998<br><br>**ORDER GRANTING ADMISSION OF BRYAN K. CLARK TO APPEAR *PRO HAC VICE*** |

THIS MATTER having been brought before the Court by Vedder Price P.C., 1633 Broadway, 31st Floor, New York, NY 10019, attorneys for defendant Whitepages, Inc. on application for an Order admitting Bryan K. Clark to appear and participate *pro hac vice*, the Court having considered the moving papers, and for good cause shown:

It is on this 10th day of April 2024,

ORDERED that Bryan K. Clark of the law firm Vedder Price P.C. be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c), and it is further

ORDERED that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney of the law firm Vedder Price P.C., attorneys of record for defendant Whitepages, Inc., who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of this case, and who will be held responsible for the conduct of the attorney admitted hereby, and it is further

1

ORDERED that Bryan K. Clark shall receive notification via electronic mail of all electronic filings in the above-captioned matter by delivering such notification to the e-mail address bclark@vedderprice.com, and it is further

ORDERED that Bryan K. Clark shall be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys. and it is further

ORDERED that Bryan K. Clark shall abide by these rules, including disciplinary rules, and it is further

ORDERED that Bryan K. Clark shall consent to the appointment of the Clerk of the Supreme Court as agent upon whom service of process may be made for all actions against the attorney of the attorney's firm that may arise out of the attorney's participation in the matter, and it is further

ORDERED that Bryan K. Clark shall notify the Court immediately of any matter affecting his good standing at the bar of any other court, and it is further

ORDERED that noncompliance with any of these requirements shall constitute grounds for removal, and it is further

ORDERED that a copy of this order shall be served on all parties within seven days.

*Harvey Bartle III*
HON. HARVEY BARTLE III
Judge of the United States District Court
District of New Jersey