**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

ATLAS DATA PRIVACY
CORPORATION, et al.,

        Plaintiffs,

v.

WHITEPAGES, INC., et al.,

        Defendants.

CIVIL ACTION NO.  1:24-cv-03998-HB

**PLAINTIFF ATLAS DATA PRIVACY CORPORATION'S MOTION FOR ADMISSION *PRO HAC VICE* OF HSIAO (MARK) C. MAO**

Judge: Hon. Harvey Bartle III

Pursuant to Local Civil Rule 101.1(c), Rajiv D. Parikh, counsel to Plaintiff Atlas Data Privacy Corporation ("Atlas"), and a member of the New Jersey Bar maintaining an office in this State for the practice of law, moves for the admission *pro hac vice* of Hsiao (Mark) C. Mao, attorney at Boies Schiller Flexner LLP, to serve as co-counsel to Atlas.

I agree to act as local counsel in the above-captioned case.  I shall sign all pleadings, briefs, and other documents filed with this Court.

Mr. Mao's Certification and a proposed order are submitted herewith.

Dated April 16, 2024        Respectfully submitted,


By:  _s/ Rajiv D. Parikh_
      Rajiv D. Parikh
      PEM Law LLP
      1 Boland Drive, Suite 101
      West Orange, NJ 07052
      Telephone: 973-577-5500
      Email: rparikh@pemlawfirm.com