# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | CIVIL ACTION NO. 1:24-cv-03998-HB |
| Plaintiffs, | Judge: Hon. Harvey Bartle III |
| v. | **PLAINTIFF ATLAS DATA PRIVACY CORPORATION'S MOTION FOR ADMISSION *PRO HAC VICE* OF ADAM SHAW** |
| WHITEPAGES, INC., et al., | |
| Defendants. | |

Pursuant to Local Civil Rule 101.1(c), Rajiv D. Parikh, counsel to Plaintiff Atlas Data Privacy Corporation ("Atlas"), and a member of the New Jersey Bar maintaining an office in this State for the practice of law, moves for the admission *pro hac vice* of ADAM SHAW, attorney at Boies Schiller Flexner LLP, to serve as co-counsel to Atlas.

I agree to act as local counsel in the above-captioned case. I shall sign all pleadings, briefs, and other documents filed with this Court.

Mr. Shaw's Certification and a proposed order are submitted herewith.

Dated April 15th, 2024                                Respectfully submitted,

By:     *s/ Rajiv D. Parikj*
         Rajiv D. Parikh
         PEM Law LLP
         1 Boland Drive, Suite 101
         West Orange, NJ 07052
         Telephone: 973-577-5500
         Email: rparikh@pemlawfirm.com