# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**  **DATE OF PROCEEDINGS:** 5/7/2024

**JUDGE:** Harvey Bartle, III

**COURT REPORTER:** Ann Marie Mitchell

**OTHERS:**  **DOCKET NO:** CR #24-3998

**TITLE OF CASE:**

ATLAS DATA PRIVACY CORP.
       (vs)
  WHITEPAGES, INC. ET AL

**APPEARANCES:**

See Attached List

**NATURE OF PROCEEDINGS:**

STATUS CONFERENCE HELD

                                  s/David Bruey
                                  Deputy Clerk

Time Commenced:   2:24 PM          Time Adjourned:   2:26 PM