

Scott S. Christie
Partner

T. 973-848-5388
F. 973-297-3981

schristie@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

May 13, 2024

**VIA ECF AND ELECTRONIC MAIL**

Honorable Harvey Bartle III
Senior United States District Judge
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:** *D.N.J. Daniel's Law Cases—Request for Additional Time for Supplemental Discovery Requests*

Dear Judge Bartle:

      This firm represents Defendants Black Knight Technologies, LLC and Black Knight, Inc. (collectively, "Black Knight") in the case styled *Atlas Data Privacy Corp., et al. v. Black Knight Technologies, LLC, et al.*, Case No. 24-cv-04233 (D.N.J.). We have conferred with counsel for the following Defendants that also join in this letter: The Lifetime Value Co. LLC (24-cv-04850); BeenVerified LLC (24-cv-04850); NeighborWho LLC (24-cv-04850); the NumberGuru, LLC (24-cv-04850); PeopleLooker LLC (24-cv-04850); PeopleSmart LLC (24-cv-04850); Ownerly LLC (24-cv-04850); Outside Interactive, Inc. (24-cv-04696); Lusha Systems, Inc. (24-cv-04184); Claritas, LLC (24-cv-04175); Data Axle (24-cv-04181); MyHeritage Ltd. (24-cv-04392); MyHeritage (USA), Inc. (24-cv-04392); Whitepages, Inc. (24-cv-03998); Hiya, Inc. (24-cv-04000); and RE/MAX, LLC (24-cv-04114).

      We write to respectfully request an extension of the deadline for Defendants other than those represented by Troutman Pepper Hamilton Sanders LLP ("Troutman") to submit objections or additional jurisdictional discovery requests beyond those proposed by Troutman. The deadline previously set by the Court is 10:00 am today.

      On May 7, 2024, the Court instructed defendants represented by Troutman to meet and confer with Plaintiffs' counsel and submit proposed requests for jurisdictional discovery from Plaintiffs by May 9, 2024; and further instructed counsel for other Defendants to file any additional proposals (after reviewing the proposal(s) sent by Troutman and Plaintiffs' counsel), by 10:00 a.m. on Monday, May 13, 2024.

ME1 40047667v.1

On May 9, 2024, Troutman and Plaintiffs' counsel jointly requested additional time to meet and confer regarding jurisdictional discovery. On May 10, 2024, Troutman advised the Court that it would continue to meet and confer with plaintiffs' counsel through the weekend. Accordingly, counsel for other Defendants have been waiting for the result of the meet and confer efforts between Troutman and Plaintiffs' counsel prior to determining whether to make any supplemental submission. However, we understand that, as of late yesterday evening, the parties remain at an impasse and intend to so advise the Court. We also understand that Plaintiffs' counsel objects to other Defendants making any additional submissions prior to meeting and conferring with Plaintiffs' counsel.

We respectfully submit that, under these circumstances, the Court should extend the deadline for any other Defendant who wishes to make a supplemental submission regarding jurisdictional discovery until 5:00 p.m. this Thursday, May 16, 2024. This extension will give other Defendants sufficient time to review any additional submissions or proposals from Troutman or from Plaintiffs' counsel, confer amongst themselves, as appropriate, and meet and confer with Plaintiffs' counsel prior to making any additional submissions.

Should this request be acceptable to Your Honor, Black Knight and the other signatory Defendants respectfully request that this letter be "So Ordered" and entered on the docket. We thank the Court for its consideration of this request.

Respectfully,

Scott S. Christie

cc:  Counsel for all Plaintiffs and Defendants in D.N.J. Daniel Law Cases

SO ORDERED.

_____   Dated: May \_\_\_\_, 2024
HON. HARVEY BARTLE III
United States District Judge