UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**JUDGE HARVEY BARTLE III**

**DATE OF PROCEEDING**: June 3, 2024

**COURT REPORTER:** JOHN KURZ

**TITLE OF CASE:**  **DOCKET NO.:** 24-3998 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
WHITEPAGES, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**: STATUS CONFERENCE

Status conference held on the record.
Order to be entered.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 10:00a.m.   Time Adjourned:  10:03a.m.   Total Time in Court:  0:03