

Chicago
New York
Washington, DC
London
San Francisco
Los Angeles
Singapore
Dallas
Miami
vedderprice.com

June 11, 2024

Blaine C. Kimrey
Shareholder
+1 312 609 7865
bkimrey@vedderprice.com

**<u>VIA ECF</u>**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:    *Atlas Data Privacy Corp., et al. v. Whitepages, Inc., et al.* (No. 1:24-cv-03998) –
          Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint

Dear Judge Bartle:

Our firm represents defendant Whitepages, Inc. ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the Consolidated Motion to Dismiss Brief, which was filed yesterday under Dkt. No. 27 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Costar Group, Inc., et al.*, Civil Action No. 1:24-cv-4105 (the "Consolidated Motion to Dismiss").  For the reasons set forth in the Consolidated Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

In addition, pursuant to the Court's holdings that all other grounds to dismiss under Fed. R. Civ. P. 12 are preserved, Defendant reserves the right to move in the future under Fed. R. Civ. P. 12 to dismiss on any other basis, including but not limited to arbitrability, personal jurisdiction, venue, *forum non conveniens*, improper joinder, as-applied constitutional challenges, and failure to state a claim. Additionally, Defendant reserves the right to file supplemental briefing as set forth in the Court's order of May 8, 2024 (ECF No. 20).

We thank the Court for its consideration of this matter.

Respectfully submitted,

Blaine C. Kimrey

cc:     All counsel of record (*via* ECF)

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.