## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>BLACKBAUD, INC., et al. | CIVIL ACTION<br><br>NO. 24-3993<br><br>(Hon. Harvey Bartle III) |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>WHITEPAGES, INC., et al. | CIVIL ACTION<br><br>NO. 24-3998 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>HIYA, INC., et al. | CIVIL ACTION<br><br>NO. 24-4000 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>WE INFORM, LLC, et al. | CIVIL ACTION<br><br>NO. 24-4037 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>INFOMATICS, LLC, et al | CIVIL ACTION<br><br>NO. 24-4041 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>THE PEOPLE SEARCHERS, LLC, et al. | CIVIL ACTION<br><br>NO. 24-4045 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC., et al. | CIVIL ACTION<br><br>NO. 24-4073 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>DM GROUP, INC., et al. | CIVIL ACTION<br><br>NO. 24-4075 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>CARCO GROUP INC., et al. | CIVIL ACTION<br><br>NO. 24-4077 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>DELUXE CORPORATION, et al. | CIVIL ACTION<br><br>NO. 24-4080 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>TWILIO INC., et al. | CIVIL ACTION<br><br>NO. 24-4095 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>QUANTARIUM ALLIANCE, LLC, et al. | CIVIL ACTION<br><br>NO. 24-4098 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>YARDI SYSTEMS, INC., et al. | CIVIL ACTION<br><br>NO. 24-4103 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v<br><br>6SENSE INSIGHTS, INC., et al. | CIVIL ACTION<br><br>NO. 24-4104 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>LIGHTBOX PARENT, L.P., et al. | CIVIL ACTION<br><br>NO. 24-4105 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>SEARCH QUARRY, LLC, et al. | CIVIL ACTION<br><br>NO. 24-4106 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>ACXIOM, LLC, et al. | CIVIL ACTION<br><br>NO. 24-4107 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>ENFORMION, LLC, et al. | CIVIL ACTION<br><br>NO. 24-4110 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>COSTAR GROUP, INC., et al. | CIVIL ACTION<br><br>NO. 24-4111 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, et al. | CIVIL ACTION<br><br>NO. 24-4112 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>RED VIOLET, INC., et al. | CIVIL ACTION NO. 24-4113 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>RE/MAX, LLC, et al. | CIVIL ACTION NO. 24-4114 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>EPSILON DATA MANAGEMENT, LLC, et al. | CIVIL ACTION NO. 24-4168 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>PEOPLE DATA LABS, INC., et al. | CIVIL ACTION NO. 24-4171 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>LABELS & LISTS, INC., et al. | CIVIL ACTION NO. 24-4174 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>CLARITAS, LLC, et al. | CIVIL ACTION NO. 24-4175 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>INNOVIS DATA SOLUTIONS INC., et al. | CIVIL ACTION NO. 24-4176 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>ACCURATE APPEND, INC., et al. | CIVIL ACTION<br>NO. 24-4178 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>DATA AXLE, INC., et al. | CIVIL ACTION<br>NO. 24-4181 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>REMINE INC., et al. | CIVIL ACTION<br>NO. 24-4182 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>LUSHA SYSTEMS, INC., et al. | CIVIL ACTION<br>NO. 24-4184 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>TELTECH SYSTEMS, INC., et al. | CIVIL ACTION<br>NO. 24-4217 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>PEOPLECONNECT, INC., et al. | CIVIL ACTION<br>NO. 24-4227 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>CORELOGIC, INC., et al. | CIVIL ACTION<br>NO. 24-4230 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. <br><br> v. <br><br> BLACK KNIGHT TECHNOLOGIES, LLC, et al. | CIVIL ACTION <br><br> NO. 24-4233 |
| ATLAS DATA PRIVACY CORPORATION, et al. <br><br> v. <br><br> ZILLOW, INC., et al. | CIVIL ACTION <br><br> NO. 24-4256 |
| ATLAS DATA PRIVACY CORPORATION, et al. <br><br> v. <br><br> EQUIMINE, INC., et al. | CIVIL ACTION <br><br> NO. 24-4261 |
| ATLAS DATA PRIVACY CORPORATION, et al. <br><br> v. <br><br> THOMSON REUTERS CORPORATION, et al. | CIVIL ACTION <br><br> NO. 24-4269 |
| ATLAS DATA PRIVACY CORPORATION, et al <br><br> v. <br><br> CHOREOGRAPH LLC, et al. | CIVIL ACTION <br><br> NO. 24-4271 |
| ATLAS DATA PRIVACY CORPORATION, et al. <br><br> v. <br><br> TRANSUNION, LLC, et al | CIVIL ACTION <br><br> NO. 24-4288 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>MELISSA DATA CORP., et al. | CIVIL ACTION<br><br>NO. 24-4292 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>EQUIFAX INC., et al. | CIVIL ACTION<br><br>NO. 24-4298 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>SPOKEO, INC., et al. | CIVIL ACTION<br><br>NO. 24-4299 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>i360, LLC, et al. | CIVIL ACTION<br><br>NO. 24-4345 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>TELNYX LLC, et al. | CIVIL ACTION<br><br>NO. 24-4354 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>GOHUNT, LLC, et al. | CIVIL ACTION<br><br>NO. 24-4380 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>ACCUZIP, INC., et al. | CIVIL ACTION<br><br>NO. 24-4383 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>SYNAPTIX TECHNOLOGY, LLC, et al. | CIVIL ACTION<br><br>NO. 24-4385 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>JOY ROCKWELL ENTERPRISES, INC., et al. | CIVIL ACTION<br><br>NO. 24-4389 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>FORTNOFF FINANCIAL, LLC, et al. | CIVIL ACTION<br><br>NO. 24-4390 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>MYHERITAGE, LTD., et al. | CIVIL ACTION<br><br>NO. 24-4392 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>E-MERGES.COM, INC., et al. | CIVIL ACTION<br><br>NO. 24-4434 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>WILAND, INC., et al. | CIVIL ACTION<br><br>NO. 24-4442 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>ATDATA, LLC, et al. | CIVIL ACTION<br><br>NO. 24-4447 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>PRECISELY HOLDINGS, LLC, et al. | CIVIL ACTION<br>NO. 24-4571 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>NUWBER, INC., et al. | CIVIL ACTION<br>NO. 24-4609 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>ROCKETREACH LLC, et al. | CIVIL ACTION<br>NO. 24-4664 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>OUTSIDE INTERACTIVE INC., et al. | CIVIL ACTION<br>NO. 24-4696 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>VALASSIS DIGITAL CORP., et al. | CIVIL ACTION<br>NO. 24-4770 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>THE LIFETIME VALUE CO. LLC, et al. | CIVIL ACTION<br>NO. 24-4850 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>BELLES CAMP COMMUNICATIONS, INC., et al. | CIVIL ACTION<br>NO. 24-4949 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>FIRST AMERICAN FINANCIAL CORPORATION., et al. | CIVIL ACTION NO. 24-5334 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>PROPERTY RADAR INC., et al. | CIVIL ACTION NO. 24-5600 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>THE ALESCO GROUP, L.L.C., et al. | CIVIL ACTION NO. 24-5656 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>SEARCHBUG, INC., et al. | CIVIL ACTION NO. 24-5658 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>AMERILIST, INC. et al. | CIVIL ACTION NO. 24-5775 |
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>LEXISNEXIS RISK DATA MANAGEMENT, LLC, et al. | CIVIL ACTION NO. 24-6160 |

## <u>RULE 5.1 NOTICE OF CONSTITUTIONAL CHALLENGE OF STATUTE</u>

Pursuant to Rule 5.1(a)(1) of the Federal Rules of Civil Procedure, Defendants in the above-captioned matters, by and through counsel, file this Notice of Constitutional Challenge of Statute with the Court.

On June 13, 2024, Defendants filed a Consolidated Motion to Dismiss Plaintiffs' Complaints and a Memorandum of Law in support of that Motion. Those papers were filed on the docket of *Atlas Data Privacy Corporation, et al. v. LightBox Parent L.P., et al.*, No. 1:24-cv-04105-HB. The Motion and Memorandum challenge the constitutionality of a New Jersey statute. Specifically, Defendants' papers argue that the civil provisions of Daniel's Law, P.L. 2020, c. 125, codified at N.J.S.A. 56:8-166.1–3, are facially unconstitutional under the First Amendment of the United States Constitution and the Free Speech Clause of the New Jersey Constitution and are unconstitutionally vague.

In compliance with Rule 5.1(a)(2), Defendants will serve the New Jersey Attorney General with a copy of this Notice and the papers that raise the constitutional challenge to the New Jersey statute.

Dated: June 13, 2024

**LATHAM & WATKINS LLP**

<u>/s/ *Kevin M. McDonough*</u>
Kevin M. McDonough (ID: 41892005)
Serrin Turner (*pro hac vice*)
LATHAM & WATKINS LLP

1

1271 Avenue of Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: kevin.mcdonough@lw.com
serrin.turner@lw.com

Bradley M. Baglien (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Email: bradley.baglien@lw.com

*Attorneys for Defendants LightBox*
*Parent, L.P. and LightBox Holdings,*
*L.P.*

Dated: June 13, 2024

**CARLTON FIELDS**

/s/ *Michael T. Hensley*
Michael T. Hensley
Jorkeell Echeverria
180 Park Avenue, Suite 106
Florham Park, New Jersey 07932
Tel: 973.828.2613
Fax: 212.430.5501
MHensley@carltonfields.com
JEcheverria@carltonfields.com

**PARKER POE ADAMS & BERNSTEIN LLP**

Sarah F. Hutchins (*pro hac vice*)
Corri A. Hopkins (*pro hac vice*)
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
Tel: 704.335.6639
sarahhutchins@parkerpoe.com
corrihopkins@parkerpoe.com

*Attorneys for Defendant Blackbaud, Inc.*

Dated: June 13, 2024

**VEDDER PRICE P.C.**

/s/ *Blaine C. Kimrey*
Blaine C. Kimrey (*pro hac vice*)
bkimrey@vedderprice.com
Bryan K. Clark (*pro hac vice*)
bclark@vedderprice.com
222 N. LaSalle Street
Chicago, IL 60601
T: +1 312 609 7500
F: +1 312 407 5005

Jean A. Occhiogrosso
jocchiogrosso@vedderprice.com

3

Vedder Price P.C.
1633 Broadway, 31st Floor
New York, New York 10019
T: +1 212 407 7700
F: +1 212 407 7799

*Attorneys for Defendant Whitepages, Inc.*

Dated: June 13, 2024                    **VEDDER PRICE P.C.**

/s/ *Blaine C . Kimrey*
Blaine C. Kimrey (*pro hac vice*)
bkimrey@vedderprice.com
Bryan K. Clark (*pro hac vice*)
bclark@vedderprice.com
222 N. LaSalle Street
Chicago, IL 60601
T: +1 312 609 7500
F: +1 312 407 5005

Jean A. Occhiogrosso
jocchiogrosso@vedderprice.com
Vedder Price P.C.
1633 Broadway, 31st Floor
New York, New York 10019
T: +1 212 407 7700
F: +1 212 407 7799

*Attorneys for Defendant Hiya, Inc.*

Dated: June 13, 2024                    **SEYFARTH SHAW LLP**

/s/ *Robert T. Szyba*
Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, NY 10018-1405
Telephone: (212) 218-5500
Email: rszyba@seyfarth.com

4

*Attorneys for Defendant We Inform, LLC*

Dated: June 13, 2024                    **SEYFARTH SHAW LLP**

                                        /s/ *Robert T. Szyba*
                                        Robert T. Szyba
                                        SEYFARTH SHAW LLP
                                        620 Eighth Avenue, 32nd Floor
                                        New York, NY 10018-1405
                                        Telephone: (212) 218-5500
                                        Email: rszyba@seyfarth.com

                                        *Attorneys for Defendant Infomatics, LLC*

Dated: June 13, 2024                    **SEYFARTH SHAW LLP**

                                        /s/ *Robert T. Szyba*
                                        Robert T. Szyba
                                        SEYFARTH SHAW LLP
                                        620 Eighth Avenue, 32nd Floor
                                        New York, NY 10018-1405
                                        Telephone: (212) 218-5500
                                        Email: rszyba@seyfarth.com

                                        *Attorneys for Defendant The People Searchers, LLC*

Dated: June 13, 2024                    **DENTONS US LLP**

                                        /s/ *Stephen M. Turner*
                                        Stephen M. Turner, Esq.
                                        DENTONS US LLP
                                        101 JFK Parkway, 4th Floor
                                        Short Hills, NJ 07078
                                        Telephone: (973) 912-7146
                                        Email: stephen.turner@dentons.com

Bety Javidzad, Esq. (*pro hac vice*)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone: (213) 243-6115
Email: bety.javidzad@dentons.com

*Attorneys for Defendant Commercial Real Estate Exchange, Inc.*

Dated: June 13, 2024                    **TROUTMAN PEPPER HAMILTON SANDER LLP**

/s/ *Angelo A. Stio III*
Angelo A. Stio III
Melissa A. Chuderewicz
TROUTMAN PEPPER HAMILTON SANDERS LLP
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
Telephone: (609) 951-4125
Email: angelo.stio@troutman.com
        melissa.chuderwicz@troutman.
        com

*Attorneys for Defendant DM Group.Inc.*

Dated: June 13, 2024                    **TROUTMAN PEPPER HAMILTON SANDER LLP**

/s/ *Angelo A. Stio III*
Angelo A. Stio III
Melissa A. Chuderewicz
TROUTMAN PEPPER HAMILTON SANDERS LLP
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227

6

Telephone: (609) 951-4125
Email: angelo.stio@troutman.com
    melissa.chuderwicz@troutman.
    com

*Attorneys for Defendant Carco Group Inc.*

Dated: June 13, 2024    **TROUTMAN PEPPTER HAMILTON SANDER LLP**

/s/ Angelo A. Stio III
Angelo A. Stio III
Melissa A. Chuderewicz
TROUTMAN PEPPER HAMILTON SANDERS LLP
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
Telephone: (609) 951-4125
Email: angelo.stio@troutman.com
    melissa.chuderwicz@troutman.
    com

*Attorneys for Defendant Deluxe Corp.*

Dated: June 13, 2024    **ORRICK, HERRINGTON & SUTCLIFFE LLP**

/s/ Camille Joanne Rosca
Camille Joanne Rosca
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone: +1 212 506 5000
Email: crosca@orrick.com

7

*Attorneys for Defendant*
*TWILIO INC.*

Dated: June 13, 2024                    **SPIRO HARRISON & NELSON**

                                        */s/ Thomas M. Kenny*
                                        Thomas M. Kenny, Esq.
                                        Francesca Simone, Esq.
                                        363 Bloomfield Avenue, Suite 2C
                                        Montclair, NJ 07042

                                        *Attorneys for Defendants Quantarium*
                                        *Alliance, LLC and Quantarium*
                                        *Group, LLC*

Dated: June 13, 2024                    **QUINN EMANUEL URQUHART**
                                        **& SULLIVAN, LLP**

                                        */s/ Anthony J. Staltari*
                                        Anthony J. Staltari (ID No.
                                        233022017)
                                        51 Madison Avenue, 22nd Floor
                                        New York, New York 10010
                                        Tel.: (212) 849-7000
                                        Email:
                                        anthonystaltari@quinnemanuel.com

                                        Viola Trebicka (*pro hac vice*)
                                        John Wall Baumann (*pro hac vice*)
                                        865 S. Figueroa Street, 10th Floor
                                        Los Angeles, CA 90017
                                        Telephone: (213) 443-3000
                                        violatrebicka@quinnemanuel.com
                                        jackbaumann@quinnemanuel.com

                                        Ella Hallwass (*pro hac vice*)
                                        555 Twin Dolphin Drive, 5th Floor
                                        Redwood Shores, CA 94065
                                        Telephone: (650) 801-5000
                                        ellahallwass@quinnemanuel.com

8

Xi ("Tracy") Gao (*pro hac vice* )
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
tracygao@quinnemanuel.com

*Attorneys for Defendant Yardi
Systems, Inc.*

Dated: June 13, 2024                    **CLARK HILL PLC**

                                        */s/ Myriah V. Jaworski*
                                        Myriah V. Jaworski (*pro hac vice*)
                                        Chirag H. Patel (*pro hac vice*)
                                        Steven Richman, Esq.
                                        210 Carnegie Center, Suite 102
                                        Princeton, NJ 08540
                                        (609) 785-2911
                                        Email: mjaworski@clarkhill.com
                                              cpatel@clarkhill.com
                                              srichman@clarkhill.com

                                        *Attorneys for Defendant
                                        6sense Insights, Inc.*

Dated: June 13, 2024                    **CLARK HILL PLC**

                                        */s/ Myriah V. Jaworski*
                                        Myriah V. Jaworski (*pro hac vice*)
                                        Chirag H. Patel (*pro hac vice*)
                                        Steven Richman, Esq.
                                        210 Carnegie Center, Suite 102
                                        Princeton, NJ 08540
                                        (609) 785-2911
                                        Email: mjaworski@clarkhill.com
                                              cpatel@clarkhill.com
                                              srichman@clarkhill.com

                                        *Attorneys for Defendant*

*Search Quarry LLC*

Dated: June 13, 2024

**TROUTMAN PEPPTER
HAMILTON SANDER LLP**

*/s/ Angelo A. Stio III*
Angelo A. Stio III
Melissa A. Chuderewicz
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
Telephone: (609) 951-4125
Email: angelo.stio@troutman.com
melissa.chuderwicz@troutman.com

*Attorneys for Defendant Acxiom LLC*

Dated: June 13, 2024

**TROUTMAN PEPPTER
HAMILTON SANDER LLP**

*/s/ Angelo A. Stio III*
Angelo A. Stio III
Melissa A. Chuderewicz
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
Telephone: (609) 951-4125
Email: angelo.stio@troutman.com
melissa.chuderwicz@troutman.com

*Attorneys for Defendants Enformion,
LLC and Enformion Holdco, Inc.*

Dated: June 13, 2024                    **LATHAM & WATKINS LLP**

                                        /s/ *Kevin M. McDonough*
                                        Kevin M. McDonough (ID: 41892005)
                                        Serrin Turner (*pro hac vice*)
                                        LATHAM & WATKINS LLP
                                        1271 Avenue of Americas
                                        New York, NY 10020
                                        Telephone: (212) 906-1200
                                        Email: kevin.mcdonough@lw.com
                                        serrin.turner@lw.com

                                        Bradley M. Baglien (*pro hac vice*)
                                        LATHAM & WATKINS LLP
                                        555 Eleventh Street, NW
                                        Suite 1000
                                        Washington, D.C. 20004-1304
                                        Telephone: (202) 637-2200
                                        Email: bradley.baglien@lw.com

                                        *Attorneys for Defendants CoStar Group, Inc. and CoStar Realty Information, Inc.*

Dated: June 13, 2024                    **LATHAM & WATKINS LLP**

                                        /s/ *Kevin M. McDonough*
                                        Kevin M. McDonough (ID: 41892005)
                                        Serrin Turner (*pro hac vice*)
                                        LATHAM & WATKINS LLP
                                        1271 Avenue of Americas
                                        New York, NY 10020
                                        Telephone: (212) 906-1200
                                        Email: kevin.mcdonough@lw.com
                                        serrin.turner@lw.com

                                        Jennifer C. Archie (*pro hac vice*)
                                        Bradley M. Baglien (*pro hac vice*)

11

LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Email: jennifer.archie@lw.com
bradley.baglien@lw.com

Robert C. Collins (*pro hac vice*)
LATHAM & WATKINS LLP
330 N. Wabash Ave, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: robert.collins@lw.com

*Attorneys for Defendants Oracle*
*International Corporation, Oracle*
*America, Incorporated, and Oracle*
*Corporation*

Dated: June 13, 2024                 **TROUTMAN PEPPTER**
                                     **HAMILTON SANDER LLP**

                                     */s/ Angelo A. Stio III*
                                     Angelo A. Stio III
                                     Melissa A. Chuderewicz
                                     TROUTMAN PEPPER HAMILTON
                                     SANDERS LLP
                                     Suite 400
                                     301 Carnegie Center
                                     Princeton, NJ 08540-6227
                                     Telephone: (609) 951-4125
                                     Email: angelo.stio@troutman.com
                                     melissa.chuderwicz@troutman.com

                                     *Attorneys for Defendant Red Violet,*
                                     *Inc.*

12

Dated: June 13, 2024                       **KELLEY DRYE & WARREN LLP**

                                           */s/ Lauri A. Mazzuchetti*
                                           Lauri A. Mazzuchetti
                                           Whitney M. Smith
                                           Aaron J. Gold
                                           KELLEY DRYE & WARREN LLC
                                           One Jefferson Road, 2nd Floor
                                           Parsippany, NJ 07054
                                           Tel: (973) 503-5900
                                           Fax: (973) 503-5950
                                           lmazzuchetti@kelleydrye.com
                                           wsmith@kelleydrye.com
                                           agold@kelleydrye.com

                                           *Counsel for Defendant*
                                           *RE/MAX, LLC*


Dated: June 13, 2024                       **FAEGRE DRINKER BIDDLE &**
                                           **REATH LLP**

                                           */s/ Ross A. Lewin*
                                           Ross A. Lewin
                                           Faegre Drinker Biddle & Reath LLP
                                           105 College Road East
                                           Princeton, New Jersey 08542

                                           Kevin DeMaio
                                           600 Campus Drive
                                           Florham Park, New Jersey 07932
                                           ross.lewin@faegredrinker.com
                                           kevin.demaio@faegredrinker.com

**HARRISON LAW LLC**
Rachel B. Niewoehner *(pro hac vice)*
Katherine A.G. Sobiech *(pro hac vice)*
141 West Jackson Boulevard, Suite 2055
Chicago, Illinois 60604
(312) 638-8776

*Attorneys for Defendants*
*Epsilon Data Management, LLC,*
*Conversant LLC, and*
*Citrus Ad International, Inc.*

Dated: June 13, 2024

**STARR, GERN, DAVISON & RUBIN, P.C.**

*/s/ Richard T. Welch*
Richard T. Welch, Esq. (032982006)
Ronald L. Davison, Esq. (266481971)
Starr, Gern, Davison & Rubin, P.C.
105 Eisenhower Parkway, Suite 401
Roseland, NJ 07068-1640
Tel: 973.403.9200
rwelch@starrgern.com
rdavison@starrgern.com

**ZWILLGEN PLLC**

Jacob Sommer, Esq.
1900 M. Street NW, Suite 250
Washington, DC 20036
Tel: 202.706.5205
jake@zwillgen.com
(Admitted Pro Hac Vice)

Sudhir Rao, Esq.
183 Madison Avenue, Suite 1504
New York, NY 10016

14

Tel: 646.362.5590
Sudhir.Rao@zwillgen.com
(Admitted Pro Hac Vice)

*Attorneys for Defendant People Data Labs, Inc.*

Dated: June 13, 2024       **STOEL RIVES LLP**

*/s/ Misha Isaak*
Misha Isaak
misha.isaak@stoel.com
James A. Kilcup
james.kilcup@stoel.com
Alexandra Choi Giza
alexandra.giza@stoel.com
STOEL RIVES LLP
760 SW Ninth Ave, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380

Ryan J. Cooper
ryan@cooperllc.com
COOPER, LLC
108 N. Union Ave., Suite 4
Cranford, NJ 07016
Telephone: (908) 514-8830

*Counsel for Defendant Labels & Lists, Inc.*

Dated: June 13, 2024       **GORDON, REES, SCULLY & MANSUKHANI LLP**

*/s/ Douglas Motzenbecker*
Douglas Motzenbecker, Esq.
Joseph Salvo, Esq. (*pro hac vice forthcoming*)
John Mills, Esq. (*pro hac vice forthcoming*)

15

Bianca Evans, Esq. (pro hac vice)
1 Battery Park Plaza
Suite 2801
New York, NY 10004
Telephone: (212) 453-0725
Facsimile: (212) 269-5505
dmotzenbecker@grsm.com
jsalvo@grsm.com
jtmills@grsm.com
bevans@grsm.com

*Attorneys for Defendant Claritas LLC*

Dated: June 13, 2024

**PIERSON FERDINAND LLP**

*/s/ Jill A. Guldin*
Jill A. Guldin, Esq. (No. 93657)
One Liberty Place
1650 Market Street, 36th Floor
Philadelphia, PA 19103
Telephone: (856) 896-4096
Facsimile: (856) 494-1566
Email: jill.guldin@pierferd.com

**FISHERBROYLES, LLP**

Jason A. Spak (*admitted pro hac vice*)
6360 Broad Street #5262
Pittsburgh, PA 15206
T:  412-230-8555
F:  412-774-2382
E:  jason.spak@fisherbroyles.com

*Counsel for Defendant Innovis Data
Solutions, Inc.*

16

Dated: June 13, 2024                        **CONSTANGY BROOKS, SMITH & PROHPHET LLP**

                                            */s/ John E. MacDonald*
                                            John E. MacDonald (011511995)
                                            Princeton South Corporate Center
                                            3120 Princeton Pike, Suite 301
                                            Lawrenceville, NJ 08648
                                            Phone: (609) 357-1183
                                            Fax: (609) 844-1102
                                            jmacdonald@constangy.com

                                            *Attorneys for Defendant*
                                            *Accurate Append, Inc.*

Dated: June 13, 2024                        **TRESSLER LLP**

                                            */s/ Timothy M. Jabbour*
                                            Timothy M. Jabbour (ID:TJ5611)
                                            George Z. Twill (ID: 275292018)
                                            Tressler LLP
                                            163 Madison Avenue, Suite 404
                                            Morristown, NJ 07960
                                            973-848-2901
                                            tjabbour@tresslerllp.com
                                            gtwill@tresslerllp.com

                                            Gregory C. Scaglione (pro hac vice)
                                            Timothy Hutchinson (pro hac vice)
                                            Koley Jessen P.C., L.L.O.
                                            1125 S. 103rd St., Suite 800
                                                Omaha, NE 68124
                                            531-444-0644
                                            Greg.Scaglione@koleyjessen.com
                                            Tim.Hutchinson@koleyjessen.com

                                            *Attorneys for Defendant Data Axle, Inc.*

17

Dated: June 13, 2024                      **TROUTMAN PEPPTER**
                                          **HAMILTON SANDER LLP**

                                          */s/ Angelo A. Stio III*
                                          Angelo A. Stio III
                                          Melissa A. Chuderewicz
                                          TROUTMAN PEPPER HAMILTON
                                          SANDERS LLP
                                          Suite 400
                                          301 Carnegie Center
                                          Princeton, NJ 08540-6227
                                          Telephone: (609) 951-4125
                                          Email: angelo.stio@troutman.com
                                          melissa.chuderwicz@troutman.com

                                          *Attorneys for Defendant Remine Inc.*

Dated: June 13, 2024                      **GORDON, REES, SCULLY &**
                                          **MANSUKHANI LLP**

                                          */s/ Douglas Motzenbecker*
                                          Douglas Motzenbecker, Esq.
                                          Joseph Salvo, Esq. (*pro hac vice*
                                          *forthcoming*)
                                          John Mills, Esq. (*pro hac vice*
                                          *forthcoming*)

                                          Bianca Evans, Esq. (pro hac vice)
                                              1 Battery Park Plaza
                                          Suite 2801
                                          New York, NY 10004
                                          Telephone: (212) 453-0725
                                          Facsimile: (212) 269-5505
                                          dmotzenbecker@grsm.com
                                          jsalvo@grsm.com
                                          jtmills@grsm.com
                                          bevans@grsm.com

                                          *Attorneys for Defendant Lusha*
                                          *Systems Inc.*

18

Dated: June 13, 2024                    **CARLTON FIELDS, P.A.**

                                        */s/ Michael D. Margulies*
                                        Michael D. Margulies (No.
                                        030412008)
                                        CARLTON FIELDS, P.A.
                                        180 Park Avenue, Suite 106
                                        Florham Park, NJ 07932
                                        Telephone: (973) 828-2600
                                        Email:
                                        mmargulies@carltonfields.com

                                        *Attorneys for Defendants Teltech
                                        Systems, Inc. and Epic Systems*

Dated: June 13, 2024                    **LATHAM & WATKINS LLP**

                                        /s/ *Kevin M. McDonough*
                                        Kevin M. McDonough (ID:
                                        41892005)
                                        LATHAM & WATKINS LLP
                                        1271 Avenue of Americas
                                        New York, NY 10020
                                        Telephone: (212) 906-1200
                                        Email: kevin.mcdonough@lw.com

                                        Jennifer C. Archie (*pro hac vice*)
                                        Bradley M. Baglien (*pro hac vice*)
                                        LATHAM & WATKINS LLP
                                        555 Eleventh Street, NW
                                        Suite 1000
                                        Washington, D.C. 20004-1304
                                        Telephone: (202) 637-2200
                                        Email: jennifer.archie@lw.com
                                                bradley.baglien@lw.com

                                        Robert C. Collins (*pro hac vice*)
                                        LATHAM & WATKINS LLP
                                        330 N. Wabash Ave, Suite 2800

Chicago, IL 60611
Telephone: (312) 876-7700
Email: robert.collins@lw.com

*Attorneys for Defendants*
*PeopleConnect, Inc., PeopleConnect*
*Holdings, Inc., Intelius, LLC, and*
*PeopleConnect Intermediate, LLC*

Dated: June 13, 2024                    **TROUTMAN PEPPTER**
                                        **HAMILTON SANDER LLP**

                                        */s/ Angelo A. Stio III*
                                        Angelo A. Stio III
                                        Melissa A. Chuderewicz
                                        TROUTMAN PEPPER HAMILTON
                                        SANDERS LLP
                                        Suite 400
                                        301 Carnegie Center
                                        Princeton, NJ 08540-6227
                                        Telephone: (609) 951-4125
                                        Email: angelo.stio@troutman.com
                                             melissa.chuderwicz@troutman.
                                             com

                                        *Attorneys for Defendant Corelogic,*
                                        *Inc.*

Dated: June 13, 2024

**McCARTER & ENGLISH, LLP**

*/s/ Scott S. Christie*

Scott S. Christie (ID: 37901989)
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Email: schristie@mccarter.com

Curtis B. Leitner
McCARTER & ENGLISH, LLP
Worldwide Plaza
825 Eighth Ave., 31st Floor
New York, NY 10019
Telephone: (212) 609-6800
Email: cleitner@mccarter.com

*Attorneys for Defendants Defendants Black Knight Technologies, LLC and Black Knight, Inc.*

Dated: June 13, 2024

**BUCHANAN INGERSOLL & ROONEY P.C.**

*/s/ Samantha L. Southall*

Samantha L. Southall (admitted pro hac vice)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
215 665 3884 (o)
samantha.southall@bipc.com

Jacqueline M. Weyand
550 Broad Street, Suite 810
Newark, New Jersey 07102
973 273 9800 (o)
jacqueline.weyand@bipc.com

21

*Attorneys for Defendant Zillow, Inc.*

Dated: June 13, 2024

**GIBBONS P.C.**

*/s/ Frederick W. Alworth*
Frederick W. Alworth
Kevin R. Reich
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
    Tel:  (973) 596-4500
falworth@gibbonslaw.com
kreich@gibbonslaw.com

*Attorneys for Defendant Equimine, Inc.*

Dated: June 13, 2024

**BALLARD SPAHR LLP**

*/s/ Marcel S. Pratt*
Marcel S. Pratt
Michael Berry (appearance forthcoming)
John W. Scott
Jordan Meyer
1735 Market Street, Fl. 51
Philadelphia, PA 19103-7599
215.864.8605
prattm@ballardspahr.com
berrym@ballardspahr.com
scottj@ballardspahr.com
meyerjl@ballardspahr.com

*Attorneys for Defendants Thomson Reuters Corporation, Thomson Reuters Holdings Inc., Thomson Reuters Canada Limited, and Thomson Reuters Applications Inc.*

22

Dated: June 13, 2024

**BALLARD SPAHR LLP**

*/s/ Alan Schoenfeld*
Alan Schoenfeld (New Jersey Bar No. 285532018)
Marissa M. Wenzel (*pro hac vice*)
Todd Clayton (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800 (phone)
(212) 230-8888 (fax)
alan.schoenfeld@wilmerhale.com
marissa.wenzel@wilmerhale.com
todd.clayton@wilmerhale.com

Christopher Davies (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (phone)
(202) 663-6363 (fax)
christopher.davies@wilmerhale.com

*Attorneys for Defendant Choreograph LLC*

Dated: June 13, 2024

**BUCHANAN INGERSOLL & ROONEY P.C.**

*/s/ Samantha L. Southall*
Samantha L. Southall (admitted pro hac vice)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
215 665 3884 (o)

23

samantha.southall@bipc.com

Jacqueline M. Weyand
550 Broad Street, Suite 810
Newark, New Jersey 07102
973 273 9800 (o)
jacqueline.weyand@bipc.com

*Attorneys for Defendant Transunion*
*LLC*

Dated: June 13, 2024                    **RIKER DANZIG LLP**

                                        /s/ *Michael P. O'Mullan*
                                        Michael P. O'Mullan (ID 029681996)
                                        Headquarters Plaza
                                        One Speedwell Avenue
                                        Morristown, NJ 07962
                                        Telephone: (973) 451-8477
                                        Email: momullan@riker.com

                                        *Attorneys for Defendant*
                                        *Melissa Data Corporation*

Dated: June 13, 2024                    **KING & SPALDING LLP**

                                        /s/ *Thomas J. Scrivo*
                                        Thomas J. Scrivo
                                        King & Spalding LLP
                                        1185 Avenue of the Americas
                                        34th Floor
                                        New York, NY  10036-2601
                                        Tel: 212-556-2100
                                        Fax: 212-556-2222
                                        Email: tscrivo@kslaw.com

                                        Zachary A. McEntyre*
                                        John C. Toro*
                                        Charles G. Spalding, Jr.**
                                        King & Spalding LLP

24

1180 Peachtree Street
Atlanta, GA  30309
Tel.: (404) 572-4600
Fax: (404) 572-5100
Email: zmcentyre@kslaw.com
Email: jtoro@kslaw.com
Email: cspalding@kslaw.com

*Admitted Pro Hac Vice
**Pro Hac Vice forthcoming

Counsel for Equifax Inc. and Kount Inc.

Dated: June 13, 2024

**SILLS CUMMIS & GROSS P.C.**

/s/ Joshua N. Howley
Joshua N. Howley
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
(973) 643-7000
jhowley@sillscummis.com

Andrew J. Pincus*
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
apincus@mayerbrown.com

John Nadolenco
Daniel D. Queen
MAYER BROWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 229-9500
jnadolenco@mayerbrown.com

Benjamin D. Bright*
Jonathan D. Stahl*
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500
bbright@mayerbrown.com

*pro hac vice

*Attorneys for Defendant Spokeo, Inc.*

Dated: June 13, 2024                    **STINSON LLP**

/s/ *Richard J.L. Lomuscio*
Richard J.L. Lomuscio
100 Wall Street, Suite 201
New York, New York 10005
Telephone:   646-883-7471
richard.lomuscio@stinson.com

Matthew D. Moderson
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Telephone:   816-691-2736
matt.moderson@stinson.com

*Attorneys for i360, LLC*

Dated: June 13, 2024                    **McCARTER & ENGLISH,  LLP**

/s/ *Scott S. Christie* .
Scott S. Christie (ID: 37901989)
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Email: schristie@mccarter.com

*Attorneys for Defendant Telnyx LLC*

Dated: June 13, 2024                 **GREENBERG TRAURIG, LLP**

/s/ *Aaron Van. Nostrand     .*
Aaron Van Nostrand
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932-0677
(973) 360-7900

*Attorneys for Defendant*
*Gohunt LLC*

Dated: June 13, 2024                 **LOWENSTEIN SANDLER LLP**

/s/ *Jennifer Fiorica Delgado.*
Jennifer Fiorica Delgado
Markiana J. Julceus
      One Lowenstein Drive
Roseland, New Jersey 07068
646.414.6962
862.926.2707
jdelgado@lowenstein.com
mjulceus@lowenstein.com

*Attorneys for Defendant AccuZIP,*
*Inc.*

Dated: June 13, 2024                 **LEWIS BRISBOIS BISGAARD &**
**SMITH, LLP**

/s/ *Thomas C. Regan.*
Thomas C. Regan, Esq.
Matthew S. AhKao, Esq.
LEWIS BRISBOIS BISGAARD &
SMITH, LLP
One Riverfront Plaza, Suite 800
Newark, NJ 07102

27

Telephone: (973) 577-6260
Email:
Thomas.Regan@lewisbrisbois.com
Matthew.AhKao@lewisbrisbois.com

*Attorneys for Defendant Synaptix
Technology, LLC*

Dated: June 13, 2024

**GREENSPOON MARDER**

/s/ *Kelly M. Purcaro.*
Kelly M. Purcaro, Esq. (ID:
017692009)
Kory Ann Ferro, Esq. (ID:
065932013)
GREENSPOON MARDER
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendants Joy
Rockwell Enterprises, Inc. d/b/a
PostcardMania PCM LLC*

Dated: June 13, 2024

**THOMPSON HINE LLP**

/s/ *J. Timothy McDonald*
J. Timothy McDonald (ID No.
027201990)
Jennifer A. Adler (pro hac vice)
THOMPSON HINE LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
Phone: 404.541.2900
Fax: 404.541.2906
Tim.McDonald@thompsonhine.com

28

Jennifer.Adler@thompsonhine.com

Steven G. Stransky (*pro hac vice*)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Phone: 216.566.5500
Fax: 216.566.5800
Steve.Stransky@thompsonhine.com

*Attorneys for Defendant Fortnoff Financial, LLC*

Dated: June 13, 2024

**MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP**

/s/ *Nicholas K. Lagemann*
Nicholas K. Lagemann
MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962
Tel: (973) 425-8210
NLagemann@mdmc-law.com

Jacquelyn Fradette (*pro hac vice*)
Alan Charles Raul (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C. 20005
(202) 736-8822
jfradette@sidley.com
araul@sidley.com
Tyler J. Domino (*pro hac vice*)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300

29

tdomino@sidley.com

*Attorneys for Defendants MyHeritage
Ltd. and MyHeritage (USA), Inc.*

Dated: June 13, 2024                    **RKW, LLC**

/s/ *Stacy Torres*            .
H. Mark Stichel*
Stacey Torres (293522020)
10075 Red Run Blvd, Ste 401
Owings Mills, Maryland 21117
(443) 379-8941
storres@rkwlawgroup.com

*Admitted pro hac vice

*Attorneys for Defendant
eMerges.com Inc.*

Dated: June 13, 2024                    **DENTONS US LLP**

/s/ *Stephen M. Turner*
Stephen M. Turner, Esq.
DENTONS US LLP
101 JFK Parkway, 4th Floor
Short Hills, NJ 07078
Telephone: (973) 912-7146
Email: stephen.turner@dentons.com

Kristen C. Rodriguez, Esq. (admitted
pro hac vice)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 398-5280
Email:
kristen.rodriguez@dentons.com

*Attorneys for Defendant Wiland, Inc.*

30

Dated: June 13, 2024

**TROUTMAN PEPPTER HAMILTON SANDER LLP**

/s/ *Angelo A. Stio*
Angelo A. Stio III
Melissa A. Chuderewicz
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
Telephone: (609) 951-4125
Email: angelo.stio@troutman.com
melissa.chuderwicz@troutman.com

*Attorneys for Defendant AtData LLC.*

Dated: June 13, 2024

**SAUL EWING LLP**

/s/ *William C. Baton*
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd.
Newark, NJ 07102-5426
(973) 286-6700
wbaton@saul.com
sarah.sullivan@saul.com

**COOLEY LLP**
Matthew D. Brown (admitted pro hac vice)
Bethany C. Lobo (admitted pro hac vice)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

E-mail:  brownmd@cooley.com
E-mail:  blobo@cooley.com

Rebecca L. Tarneja (admitted pro hac vice)
355 S. Grand Avenue, Suite 900
Los Angeles, CA  90071
Telephone:  (213) 561-3250
E-mail:  rtarneja@cooley.com

*Attorneys for Defendants Precisely Holdings, LLC, Precisely Software Inc., and Precisely Software Ltd.*

Dated: June 13, 2024

**GORDON REES SCULLY MANSUKHANI LLP**

/s/ *Clair E. Wischusen*
Clair E. Wischusen (ID: 018022009)
Bianca C. Evans (pro hac vice)
18 Columbia Turnpike
Suite 220
Florham Park, NJ 07932
Telephone: (973) 549-2500
Email: cwischusen@grsm.com
bevans@grsm.com

*Attorneys for Defendant, Nuwber, Inc.*

Dated: June 13, 2024

**TROUTMAN PEPPTER HAMILTON SANDER LLP**

/s/ *Angelo A. Stio*
Angelo A. Stio III
Melissa A. Chuderewicz
TROUTMAN PEPPER HAMILTON SANDERS LLP
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227

32

Telephone: (609) 951-4125
Email: angelo.stio@troutman.com
melissa.chuderwicz@troutman.com

*Attorneys for Defendant Rocketreach LLC*

Dated: June 13, 2024                    **GREENBERG TRAURIG, LLP**

/s/ *Aaron Van. Nostrand           .*
Aaron Van Nostrand
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932-0677
(973) 360-7900

*Attorneys for Defendant Outside Interactive, Inc.*

Dated: June 13, 2024                    **SAUL EWING LLP**

/s/ *William C. Baton           *
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd.
Newark, NJ 07102-5426
(973) 286-6700
wbaton@saul.com
sarah.sullivan@saul.com
alexander.callo@saul.com

**COOLEY LLP**
Matthew D. Brown (admitted pro hac vice)
Bethany C. Lobo (admitted pro hac vice)
3 Embarcadero Center, 20th Floor

33

San Francisco, CA  94111
Telephone:  (415) 693-2000
E-mail:  brownmd@cooley.com
E-mail:  blobo@cooley.com

Rebecca L. Tarneja (admitted pro hac vice)
355 S. Grand Avenue, Suite 900
Los Angeles, CA  90071
Telephone:  (213) 561-3250
E-mail:  rtarneja@cooley.com

*Attorneys for Defendants Valassis Digital Corp. and Valassis Communications, Inc.*

Dated: June 13, 2024

**MANATT, PHELPS & PHILLIPS, LLP**

/s/ *Kenneth D. Friedman*
Kenneth D. Friedman
7 Times Square
New York, New York 10036
(212) 790-4500
kfriedman@manatt.com

Kareem A. Salem (pro hac vice)
Brandon Reilly (pro hac vice)
662 Encinitas Blvd., Suite 216
Encinitas, CA 92024
(619) 205-8520
ksalem@manatt.com
breilly@manatt.com

*Attorneys for Defendant Vericast Corp.*

Dated: June 13, 2024

**MCCARTER & ENGLISH LLP**

/s/ *Christopher A. Rojao*
Christopher A Rojao
Ryan A. Savercool
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
crojao@mccarter.com
rsavercool@mccarter.com

**HOGAN LOVELLS US LLP**
/s/ *Jon M. Talotta*
Jon M. Talotta (admitted pro hac vice)
8350 Broad Street (Boro Tower)
Tysons, VA 22102
Tel: 703.610.6100
jon.talotta@hoganlovells.com
David M. Cheifetz (admitted pro hac vice)
Elizabeth C. Milburn (pro hac vice to be filed)
390 Madison Avenue
New York, New York 10017
Tel: 212.918.3000
david.cheifetz@hoganlovells.com
tina.milburn@hoganlovells.com

*Attorneys for Defendants in 1:24-cv-4850-HB, The Lifetime Value Co. LLC, BeenVerified, LLC, NeighborWho LLC, The NumberGuru, LLC, PeopleLooker LLC, PeopleSmart LLC, Ownerly, LLC*

Dated: June 13, 2024                    **BLANK ROME**

                                        /s/ *Phillip N. Yannella*_____
                                        STEPHEN M. ORLOFSKY
                                        NEW JERSEY RESIDENT
                                        PARTNER
                                        PHILIP N. YANNELLA
                                        GREGORY A. BAILEY
                                        300 Carnegie Center, Suite 220
                                        Princeton, NJ 08540
                                        Telephone: (609) 750-7700
                                        Facsimile: (609) 750-7701
                                        Stephen.Orlofsky@BlankRome.com
                                        Philip.Yannella@BlankRome.com
                                        Gregory.Bailey@BlankRome.com

                                        *Attorneys for Defendant*
                                        *Belles Camp Communications, Inc.*

Dated: June 13, 2024                    **MONTGOMERY MCCRACKEN**
                                        **WALKER & RHOADS LLP**

                                        /s/ *Alexandra S. Jacobs*__ _ __
                                        Alexandra S. Jacobs
                                        John Papianou
                                        457 Haddonfield Road, Suite 600
                                        Cherry Hill, NJ 08002
                                        856.488.7746
                                        ajacobs@mmwr.com
                                        jpapianou@mmwr.com

                                        **HUDSON COOK LLP**
                                        Rebecca E. Kuehn (pro hac vice
                                        forthcoming)
                                        Robert D. Tilley (pro hac vice
                                        forthcoming)
                                        Jason F. Esteves (pro hac vice
                                        forthcoming)
                                        1909 K Street, NW, 4th Floor
                                        Washington, DC 20006

36

202.327.9710 / 202.327.9711
rkuehn@hudco.com
rtilley@hudco.com
jesteves@hudco.com

*Attorneys for Defendant, First
American Financial Corporation*

Dated: June 13, 2024

**TROUTMAN PEPPTER
HAMILTON SANDER LLP**

/s/ *Angelo A. Stio*
Angelo A. Stio III
Melissa A. Chuderewicz
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
Telephone: (609) 951-4125
Email: angelo.stio@troutman.com
melissa.chuderwicz@troutman.com

*Attorneys for Defendant Property
Radar, Inc.*

Dated: June 13, 2024

**GREENSPOON MARDER**

/s/ *Kelly M. Purcaro.*
Kelly M. Purcaro, Esq. (ID: 017692009)
Kory Ann Ferro, Esq. (ID: 065932013)
GREENSPOON MARDER
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

37

*Attorneys for Defendants*
*The Alesco Group, LLC*

Dated: June 13, 2024                    **GREENSPOON MARDER**

                                        /s/ *Kelly M. Purcaro*
                                        Kelly M. Purcaro, Esq. (ID:
                                        017692009)
                                        Kory Ann Ferro, Esq. (ID:
                                        065932013)
                                        GREENSPOON MARDER
                                        One Riverfront Plaza
                                        1037 Raymond Blvd., Suite 900
                                        Newark, New Jersey 07102
                                        Tel.: (732) 456-8746
                                        Kelly.Purcaro@gmlaw.com
                                        KoryAnn.Ferro@gmlaw.com

                                        *Attorneys for Defendants*
                                        *Searchbug, Inc.*

Dated: June 13, 2024                    **GREENSPOON MARDER**

                                        /s/ *Kelly M. Purcaro.*
                                        Kelly M. Purcaro, Esq. (ID:
                                        017692009)
                                        Kory Ann Ferro, Esq. (ID:
                                        065932013)
                                        GREENSPOON MARDER
                                        One Riverfront Plaza
                                        1037 Raymond Blvd., Suite 900
                                        Newark, New Jersey 07102
                                        Tel.: (732) 456-8746
                                        Kelly.Purcaro@gmlaw.com
                                        KoryAnn.Ferro@gmlaw.com

                                        *Attorneys for Defendants*
                                        *Amerilist, Inc.*

38

Dated: June 13, 2024                    **LOWENSTEIN SANDLER LLP**

                                        */s/ A. Matthew Boxer*
                                        A. Matthew Boxer
                                        Gavin J. Rooney
                                        Rasmeet K. Chahil
                                        LOWENSTEIN SANDLER LLP
                                        One Lowenstein Drive
                                        Roseland, New Jersey 07068
                                        973.597.2500
                                        mboxer@lowenstein.com
                                        grooney@lowenstein.com
                                        rchahil@lowenstein.com

                                        *Attorneys for Defendants LexisNexis*
                                        *Risk Data Management, LLC and*
                                        *RELX Inc.*