IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| BLACKBAUD, INC., et al. | : | NO. 24-3993 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| WHITEPAGES, INC., et al. | : | NO. 24-3998 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| HIYA, INC., et al. | : | NO. 24-4000 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| COMMERCIAL REAL ESTATE EXCHANGE, INC., et al. | : | NO. 24-4073 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| CARCO GROUP INC., et al. | : | NO. 24-4077 |

```
ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :       NO. 24-4095
TWILIO INC., et al.             :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :       NO. 24-4104
6SENSE INSIGHTS, INC.,          :
et al.                          :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :       NO. 24-4105
LIGHTBOX PARENT, L.P.,          :
et al.                          :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :       NO. 24-4106
SEARCH QUARRY, LLC, et al.      :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :       NO. 24-4107
ACXIOM, LLC, et al.             :
_____
```

-3-

| | | |
|---|---|---|
| ATLAS DATA PRIVACY<br>CORPORATION, et al. | : <br> : <br> : | CIVIL ACTION |
| v. | : | |
| ENFORMION, LLC, et al. | : | NO. 24-4110 |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY<br>CORPORATION, et al. | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | NO. 24-4111 |
| COSTAR GROUP, INC., et al. | : | |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY<br>CORPORATION, et al. | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | NO. 24-4112 |
| ORACLE INTERNATIONAL<br>CORPORATION, et al. | : <br> : | |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY<br>CORPORATION, et al. | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | NO. 24-4113 |
| RED VIOLET, INC., et al. | : | |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY<br>CORPORATION, et al. | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | NO. 24-4114 |
| RE/MAX, LLC, et al. | : | |

_____

-4-

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| EPSILON DATA MANAGEMENT, LLC, et al. | : | NO. 24-4168 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| PEOPLE DATA LABS, INC., et al. | : | NO. 24-4171 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| CLARITAS, LLC, et al. | : | NO. 24-4175 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| DATA AXLE, INC., et al. | : | NO. 24-4181 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| REMINE INC., et al. | : | NO. 24-4182 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| LUSHA SYSTEMS, INC, et al. | : : | NO. 24-4184 |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| TELTECH SYSTEMS, INC., et al. | : : : | NO. 24-4217 |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| PEOPLECONNECT, INC., et al. | : : | NO. 24-4227 |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| CORELOGIC, INC., et al. | : : | NO. 24-4230 |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| BLACK KNIGHT TECHNOLOGIES, LLC, et al. | : : : | NO. 24-4233 |

_____

-6-

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| THOMSON REUTERS CORPORATION, et al. | : : | NO. 24-4269 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| CHOREOGRAPH LLC, et al. | : : | NO. 24-4271 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| TRANSUNION, LLC., et al. | : : | NO. 24-4288 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| EQUIFAX INC., et al. | : : | NO. 24-4298 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| SPOKEO, INC., et al. | : : | NO. 24-4299 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4354 |
| TELNYX LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4392 |
| MYHERITAGE, LTD., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4442 |
| WILAND, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4447 |
| ATDATA, LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4571 |
| PRECISELY HOLDINGS, LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4696 |
| OUTSIDE INTERACTIVE, INC. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4770 |
| VALASSIS DIGITAL CORP., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4850 |
| THE LIFETIME VALUE CO. LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-5334 |
| FIRST AMERICAN FINANCIAL CORPORATION, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-6160 |
| LEXISNEXIS RISK DATA MANAGEMENT, LLC, et al. | : | |

ORDER

AND NOW, this 24th day of July, 2024, following a letter from counsel for Defendants dated July 19, 2024, it is hereby ORDERED that:

(1) The Order dated June 3, 2024 setting forth deadlines for discovery and briefing on the issue of subject matter jurisdiction is VACATED;

(2) Plaintiffs, on or before July 31, 2024, shall produce a witness under Rule 30(b)(6) of the Federal Rules of Civil Procedure prepared to discuss the following topics:

> (a) Documents produced in response to this court order as long as the questions are relevant to subject matter jurisdiction.
>
> (b) Atlas's interest in the Daniel's Law rights being asserted in the actions prior to obtaining the assignments.
>
> (c) Atlas's decision to incorporate in the State of Delaware.
>
> (d) The process for the assignments to Atlas by the Covered Persons.
>
> (e) The assignments Atlas purportedly obtained from the Assignors, including but not limited to, when the assignments were obtained, how the assignments

were obtained, the number of assignments obtained and communications about the assignments.

(f) The services that Atlas provides to its users, including the Covered Persons.

(g) Whether there was any consideration by Atlas or any discussion by Atlas with any Covered Persons regarding whether the assignments would in any way impact the jurisdiction of the courts in any of these actions.

(h) Any participation or interest in the above-captioned actions by any purported Assignor.

(3) The deposition of Atlas's Rule 30(b)(6) witness shall be limited to seven hours.

(4) Defendants, on or before September 9, 2024, shall file a consolidated brief in opposition to Plaintiffs' motions to remand. Such brief shall not exceed 55 pages.

(5) Any such Defendant that seeks to file an individual brief in opposition to the Motion of Plaintiffs to remand shall do so on or before September 16, 2024. It shall not be repetitive of the consolidated brief. The individual brief shall not exceed 25 pages.

-11-

  (6) Plaintiffs, on or before October 10, 2024, shall file any reply brief.  The reply brief shall not exceed 35 pages.

            BY THE COURT:


            <u>/s/ Harvey Bartle III  </u>
                      J.