**PEM LAW LLP**
Rajiv D. Parikh, Esq. (032462005)
Kathleen Barnett Einhorn, Esq. (040161992)
One Boland Drive
West Orange, NJ 07052
Tel.: (973) 577-5500
Email(s): rparikh@genovaburns.com
keinhorn@genovaburns.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN DOE-1 and JANE DOE-2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK DATA MANAGEMENT, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civ. Action No. 24-4566-HB<br><br>**NOTICE OF MOTION FOR ADMISSION OF ERIC PALMER** |

**TO:** All Counsel of Record

**PLEASE TAKE NOTICE** that Plaintiffs Jane Doe-1 and Jane Doe-2, individual and on behalf of all others similarly situated, ("Plaintiffs") respectfully move this Court pursuant to Local Civ. R. 101.1(c) to admit Eric Palmer pro hac vice in connection with this matter.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will rely upon the Certification of Rajiv D. Parikh, Esq., and Eric Palmer in support of this application.

A proposed Order is attached.

Respectfully submitted,

**PEM LAW LLP**

1

Dated: August 23, 2024

                                              By:    *s/ Rajiv D. Parikh*

                                                                          _____

                                                                       RAJIV D. PARIKH

**PEM LAW LLP**
Rajiv D. Parikh, Esq. (032462005)
Kathleen Barnett Einhorn, Esq. (040161992)
One Boland Drive
West Orange, NJ 07052
Tel.: (973) 577-5500
Email: rparikh@genovaburns.com
keinhorn@genovaburns.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN DOE-1 and JANE DOE-2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK DATA MANAGEMENT, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civ. Action No. 24-4566-HB<br><br>**CERTIFICATE OF SERVICE** |

I, RAJIV D. PARIKH, of full age, hereby certify as follows:

      1.    I am an attorney at law within the State of New Jersey and a member of PEM Law LLP, attorneys for plaintiffs JOHN DOE-1 and JANE DOE-2, individually and on behalf of all others similarly situated, in the above captioned matter. I am admitted to practice in the United States District Court for the District of New Jersey. I have personal knowledge of the information provided in this Certification in accordance with *Local Civ. R. 7.2(a)*.

      2.    I am a member in good standing of the bar of this Court.

3

4

        3.       On this date, I filed a true and correct copy of the Motion for Pro Hac Vice Admission of Eric Palmer, along with the Certification of Eric Palmer, the Certification of Counsel, and Proposed Order.

Dated: August 23, 2024

                                             *s/ Rajiv D. Parikh*
                                             RAJIV D. PARIKH