IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY


| ATLAS DATA PRIVACY | : | CIVIL ACTION |
|---|---|---|
| CORPORATION, et al. | : | |
| | : | |
| v. | : | |
| | : | NO. 24-3993 |
| BLACKBAUD, INC., et al. | : | |

---

| ATLAS DATA PRIVACY | : | CIVIL ACTION |
|---|---|---|
| CORPORATION, et al. | : | |
| | : | |
| v. | : | |
| | : | NO. 24-3998 |
| WHITEPAGES, INC., et al. | : | |

---

| ATLAS DATA PRIVACY | : | CIVIL ACTION |
|---|---|---|
| CORPORATION, et al. | : | |
| | : | |
| v. | : | |
| | : | NO. 24-4000 |
| HIYA, INC., et al. | : | |

---

| ATLAS DATA PRIVACY | : | CIVIL ACTION |
|---|---|---|
| CORPORATION, et al. | : | |
| | : | |
| v. | : | |
| | : | NO. 24-4073 |
| COMMERCIAL REAL ESTATE | : | |
| EXCHANGE, INC., et al. | : | |

---

| ATLAS DATA PRIVACY | : | CIVIL ACTION |
|---|---|---|
| CORPORATION, et al. | : | |
| | : | |
| v. | : | |
| | : | NO. 24-4077 |
| CARCO GROUP INC., et al. | : | |

---

```
ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.            :
                               :
        v.                     :
                               :              NO. 24-4095
TWILIO INC., et al.            :
```
_____

```
ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.            :
                               :
        v.                     :
                               :              NO. 24-4104
6SENSE INSIGHTS, INC.,         :
et al.                         :
```
_____

```
ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.            :
                               :
        v.                     :
                               :              NO. 24-4105
LIGHTBOX PARENT, L.P.,         :
et al.                         :
```
_____

```
ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.            :
                               :
        v.                     :
                               :              NO. 24-4106
SEARCH QUARRY, LLC, et al.     :
```
_____

```
ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.            :
                               :
        v.                     :
                               :              NO. 24-4107
ACXIOM, LLC, et al.            :
```
_____

```
ATLAS DATA PRIVACY           :           CIVIL ACTION
CORPORATION, et al.          :
                             :
          v.                 :
                             :           NO. 24-4110
ENFORMION, LLC, et al.       :
```
_____

```
ATLAS DATA PRIVACY           :           CIVIL ACTION
CORPORATION, et al.          :
                             :
          v.                 :
                             :           NO. 24-4111
COSTAR GROUP, INC., et al.   :
```
_____

```
ATLAS DATA PRIVACY           :           CIVIL ACTION
CORPORATION, et al.          :
                             :
          v.                 :
                             :           NO. 24-4112
ORACLE INTERNATIONAL         :
CORPORATION, et al.          :
```
_____

```
ATLAS DATA PRIVACY           :           CIVIL ACTION
CORPORATION, et al.          :
                             :
          v.                 :
                             :           NO. 24-4113
RED VIOLET, INC., et al.     :
```
_____

```
ATLAS DATA PRIVACY           :           CIVIL ACTION
CORPORATION, et al.          :
                             :
          v.                 :
                             :           NO. 24-4114
RE/MAX, LLC, et al.          :
```
_____

```
ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :              NO. 24-4168
EPSILON DATA MANAGEMENT,        :
LLC, et al.                     :
_____

ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :              NO. 24-4171
PEOPLE DATA LABS, INC.,         :
et al.                          :
_____

ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :              NO. 24-4175
CLARITAS, LLC, et al.           :
_____

ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :              NO. 24-4181
DATA AXLE, INC., et al.         :
_____

ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :              NO. 24-4182
REMINE INC., et al.             :
_____
```

```
ATLAS DATA PRIVACY            :            CIVIL ACTION
CORPORATION, et al.           :
                              :
            v.                :
                              :            NO. 24-4184
LUSHA SYSTEMS, INC, et al.    :
```
_____

```
ATLAS DATA PRIVACY            :            CIVIL ACTION
CORPORATION, et al.           :
                              :
            v.                :
                              :            NO. 24-4217
TELTECH SYSTEMS, INC.,        :
et al.                        :
```
_____

```
ATLAS DATA PRIVACY            :            CIVIL ACTION
CORPORATION, et al.           :
                              :
            v.                :
                              :            NO. 24-4227
PEOPLECONNECT, INC., et al.   :
```
_____

```
ATLAS DATA PRIVACY            :            CIVIL ACTION
CORPORATION, et al.           :
                              :
            v.                :
                              :            NO. 24-4230
CORELOGIC, INC., et al.       :
```
_____

```
ATLAS DATA PRIVACY            :            CIVIL ACTION
CORPORATION, et al.           :
                              :
            v.                :
                              :            NO. 24-4233
BLACK KNIGHT TECHNOLOGIES,    :
LLC, et al.                   :
```
_____

```
ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
          v.                    :
                                :              NO. 24-4269
THOMSON REUTERS CORPORATION,    :
et al.                          :
_____

ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
          v.                    :
                                :              NO. 24-4271
CHOREOGRAPH LLC, et al.         :
_____

ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
          v.                    :
                                :              NO. 24-4288
TRANSUNION, LLC., et al.        :
_____

ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
          v.                    :
                                :              NO. 24-4298
EQUIFAX INC., et al.            :
_____

ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
          V.                    :
                                :              NO. 24-4299
SPOKEO, INC, et al.             :
_____
```

```
ATLAS DATA PRIVACY           :              CIVIL ACTION
CORPORATION, et al.          :
                             :
            v.               :
                             :              NO. 24-4354
TELNYX LLC, et al.           :
```
_____

```
ATLAS DATA PRIVACY           :              CIVIL ACTION
CORPORATION, et al.          :
                             :
            v.               :
                             :              NO. 24-4392
MYHERITAGE, LTD., et al.     :
```
_____

```
ATLAS DATA PRIVACY           :              CIVIL ACTION
CORPORATION, et al.          :
                             :
            v.               :
                             :              NO. 24-4442
WILAND, INC., et al.         :
```
_____

```
ATLAS DATA PRIVACY           :              CIVIL ACTION
CORPORATION, et al.          :
                             :
            v.               :
                             :              NO. 24-4447
ATDATA, LLC, et al.          :
```
_____

```
ATLAS DATA PRIVACY           :              CIVIL ACTION
CORPORATION, et al.          :
                             :
            v.               :
                             :              NO. 24-4571
PRECISELY HOLDINGS, LLC,     :
et al.                       :
```
_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | NO. 24-4696 |
| OUTSIDE INTERACTIVE, INC. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | NO. 24-4770 |
| VALASSIS DIGITAL CORP., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | NO. 24-4850 |
| THE LIFETIME VALUE CO. LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | NO. 24-5334 |
| FIRST AMERICAN FINANCIAL CORPORATION, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | NO. 24-6160 |
| LEXISNEXIS RISK DATA MANAGEMENT, LLC, et al. | : | |

<u>ORDER</u>

AND NOW, this 26th day of September, 2024, it is hereby ORDERED that the court will hold Oral Argument on **Tuesday, October 22, 2024 at 10:00 AM** in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the motions of Plaintiffs to remand the above actions to the Superior Court of New Jersey.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.