

Chicago
New York
Washington, DC
London
San Francisco
Los Angeles
Singapore
Dallas
Miami

vedderprice.com

Blaine C. Kimrey
Shareholder
+1 312 609 7865
bkimrey@vedderprice.com

November 7, 2024

**VIA ECF**

Clerk, United States District Court for the District of New Jersey
Mitchell H. Cohen Bldg. & U.S. Courthouse
Room 1050
4th & Cooper Streets
Camden, NJ  08101

Re:  Daniel's Law Cases

*Atlas Data Privacy Corporation, et al. v. Whitepages, Inc., et al.*, 1:24-cv-03998-HB
*Atlas Data Privacy Corporations, et al. v. Hiya, Inc., et al.*, 1:24-cv-04000-HB

Dear Sir/Madam:

On September 10, 2024, Defendants in the above-referenced matters filed a Consolidated Opposition to Plaintiffs' Consolidated Motion for Remand.  Plaintiffs' counsel brought to our attention that Exhibit 1 (Adkisson Dep Excerpts) to the Declaration of Angelo Stio III in the support of Defendants' Consolidated Opposition was missing some confidentiality redactions.  Immediately upon discovering the error, the Clerk's office was contacted and Exhibit 1 was placed on temporary hold.  The Document Numbers for Exhibit 1 in the above-referenced cases are  below.

| Case Name | Civil Action Number | Document No. |
| --- | --- | --- |
| Atlas v. Whitepages | 1-24-cv-03998-HB | 53-1 |
| Atlas v. Hiya | 1-24-cv-04000-HB | 45-1 |

We were instructed by the Clerk's office to file this letter and to file a corrected redacted version of Exhibit 1 and link it to the Consolidation Opposition, which we are doing contemporaneously with filing this letter.

Sincerely,

/s/ Blaine C. Kimrey

BCK/jlo

cc:   All Counsel for record (via ECF and email)
      Angelo A. Stio III, Esq.

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, and Vedder Price Pte. Ltd., which operates in Singapore.